# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH WILLIAMS and ASHLEY EDMUNDS,** *Plaintiffs*, v. **DETECTIVE JAMES VINTER,** *et al.*, *Defendants*. | **CIVIL ACTION NO. 18-1221** |

## ORDER

**AND NOW**, this 19th day of July 2019, upon consideration of the Motion to Dismiss of Detectives James Vinter, Vincent Fuentes, and Iran Millan, and Officers James Wood, Jr., Mark Minzola, and John Pendell (collectively, "Moving Defendants") [Doc. No. 11], to which no responses were filed by Plaintiffs, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**. Accordingly, all claims against the Moving Defendants are **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiffs are **GRANTED** leave to file an Amended Complaint as to their § 1983 claims, including specifying which Defendants were involved in each of their claims, no later than **August 19, 2019**. If Plaintiffs fail to file an Amended Complaint, their case may be dismissed without prejudice for failure to prosecute without further notice.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**