IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH WILLIAMS and ASHLEY EDMUNDS,**<br>    *Plaintiffs*,<br>  v.<br>**DETECTIVE JAMES VINTER,** *et al.*,<br>    *Defendants*. | **CIVIL ACTION NO. 18-1221** |

## ORDER

**AND NOW**, this 11th day of May 2020, upon consideration of Plaintiffs' failure to prosecute this case, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that this action is **DISMISSED without prejudice**. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**